RICHARD J. ZUROMSKI, JR. (Bar No. 227569)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Embarcadero Center, Suite 3800
San Francisco, California 94111-4144
Telephone: (415) 984-6400
Facsimile:  (415) 984-2698
Email:  Richard.Zuromski@skadden.com

JOHN H. BEISNER (To Be Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
Email:  John.Beisner@skadden.com

Attorneys for Defendant NISSAN NORTH AMERICA, INC.

ELIZABETH J. CABRASER (Bar No. 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008
Email:  Ecabraser@lchb.com

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| HELEN TARAGAN; FRANCES JEANETTE TAYLOR; CLARENCE TAYLOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs and Class,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; NISSAN MOTOR COMPANY, LTD., a Japanese company<br><br>Defendants. | CASE NO. 4:09-cv-03660-SBA<br><br>**ORDER ON STIPULATED EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND** |

---

[PROPOSED] ORDER ON STIP. EXT. OF TIME TO PLEAD OR OTHERWISE RESPOND        CASE NO. 4:09-cv-03660-SBA

-1-

**[PROPOSED] ORDER ON STIPULATED EXTENSION OF TIME
TO PLEAD OR OTHERWISE RESPOND**

IT IS HEREBY ORDERED, pursuant to stipulation of the parties, that defendant Nissan North America, Inc.'s time to answer or otherwise respond to the complaint in the above-captioned matter is extended until October 12, 2009.

DATED: 9/16/09

_____
The Honorable Saundra Brown Armstrong
United States District Court Judge