[Counsel for Parties listed on signature pages.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

HELEN TARAGAN; FRANCES JEANETTE TAYLOR; CLARENCE TAYLOR on behalf of themselves and all others similarly situated,

Plaintiffs and Class,

v.

NISSAN NORTH AMERICA, INC., a California corporation; NISSAN MOTOR COMPANY, LTD., a Japanese company

Defendant.

Case No. C-09-03660 (SBA)

**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANT NISSAN NORTH AMERICA, INC.'S MOTION TO STRIKE THE TAYLOR PLAINTIFFS' CLASS ALLEGATIONS AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**

WHEREAS, Defendant Nissan North America, Inc.'s (hereinafter "Defendant") Motion to Strike the Taylor Plaintiffs' Class Allegations and Motion to Dismiss Plaintiffs' Complaint for Damages and Equitable Relief (hereinafter "Motions") are scheduled to be heard on January 26, 2010;

WHEREAS, Plaintiffs' Oppositions to the Motions are due on January 5, 2010 and Defendant's Replies are due on January 12, 2010, per Local Rule 7-3(a)(c);

WHEREAS, due to the intervening holidays, Plaintiffs respectfully request the following amended briefing schedule: **January 8, 2010** as the new due date for the Plaintiffs' Opposition to the Motions, **January 15, 2010** as the new due date for the Defendant's Replies;

WHEREAS, Defendant does not oppose this amended briefing schedule as long as it does not affect the hearing date;

WHEREAS, the amended briefing schedule is not being interposed to delay the resolution of these motions or the progress of this case;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

1. Plaintiffs' Oppositions to the Motions is now due on **January 8, 2010**.

2. Defendant's Reply, if any, in support of the Motions is now due on **January 15, 2010.**

3. Per the Court's prior order, the hearing on the Motions shall take place on**January 26, 2010.**

Dated: December 31, 2009

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Cecilia Han*
Cecilia Han

Elizabeth J. Cabraser (SBN083151)
Scott P. Nealey (SBN193062)
Cecilia Han (SBN 235640)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

DAWN M. BARRIOS (#2821)
BRUCE S. KINGSDORF (#7403)
BARRIOS, KINGSDORF & CASTEIX, L.L.P.
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Telephone: (504) 524-3300
Facsimile: (504) 524-3313

J. VAN ROBICHAUX, JR.
ROBICHAUX LAW FIRM
P.O. Box 792500
New Orleans, LA 70179
Telephone: (504) 525-3300
Facsimile: (504) 282-6298

*Attorneys for Plaintiffs and Class*

Dated: December 31, 2009

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jessica Davidson Miller*
Jessica Davidson Miller, Esq.

John H. Beisner, Esq.
Jessica Davidson Miller, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005

*Attorneys For Defendants*

**ORDER**

The parties' stipulated request to modify the briefing schedule is GRANTED. The Court hereby CONTINUES the hearing on the motion and Case Management Conference from January 26, 2010 to **February 9, 2010 at 1:00 p.m.**

Dated: 1/04/10

By: Saundra B Armstrong
Saundra Brown Armstrong
United States District Judge