1  John H. Beisner, Esq.
   Jessica Davidson Miller, Esq.
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   1440 New York Avenue NW
3  Washington, DC 20005

4
   Attorneys For Defendants
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN TARAGAN; FRANCES JEANETTE TAYLOR; CLARENCE TAYLOR on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs and Class,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; NISSAN MOTOR COMPANY, LTD., a Japanese company<br><br>        Defendant. | Case No. C-09-03660 (SBA)<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE** |

WHEREAS, this Court continued the date of the Initial Case Management Conference and the hearing on the Motion to Dismiss and Motion to Strike filed by Defendants Nissan North America, Inc. and Nissan Motor Company, Ltd. ("Defendants") from February 9, 2010 at 1:00 p.m. to March 30, 2010 at 1:00 p.m. *sua sponte*;

WHEREAS, counsel for Defendants has a scheduling conflict due to the observance of the first day of Passover on March 30, 2010;

WHEREAS, counsel for the parties are available on **April 20, 2010**, or on any later date that is convenient for this Court;

WHEREAS, counsel for the parties are otherwise diligently working to move the case forward;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES as follows:

1. The initial case management conference and the hearings on Defendants' Motion to Dismiss and Motion to Strike currently set for **Tuesday, March 30, 2010** at **1:00 p.m**. shall be continued to **Tuesday, MAY 4, 2010** at **1:00 p.m.** or any later date that is convenient for the Court.

2. All other deadlines governed by the Federal Rules of Civil Procedure, the Local Rules of the Northern District of California, and the Case Management Order are continued accordingly.

| | | |
|---|---|---|
| Dated: March 15, 2010 | | Respectfully submitted, |

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Cecilia Han*
      Cecilia Han

Elizabeth J. Cabraser (SBN083151)
Scott P. Nealey (SBN193062)
Cecilia Han (SBN 235640)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

DAWN M. BARRIOS (#2821)
BRUCE S. KINGSDORF (#7403)
BARRIOS, KINGSDORF & CASTEIX, L.L.P.
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Telephone: (504) 524-3300
Facsimile: (504) 524-3313

J. VAN ROBICHAUX, JR.
ROBICHAUX LAW FIRM
P.O. Box 792500
New Orleans, LA 70179
Telephone: (504) 525-3300
Facsimile: (504) 282-6298

Attorneys for Plaintiffs and Class

Dated: March 15, 2010    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: */s/ Jessica D. Miller*
      Jessica D. Miller

John H. Beisner, Esq.
Jessica Davidson Miller, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005

Attorneys For Defendants

- 2 -

STIPULATION & [PROPOSED] ORDER CONTINUING
INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. C-09-03660 (SBA)

1 **ORDER**

2 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

3

4 Dated: 3/24/10 By: *Saundra B. Armstrong*

5 Saundra Brown Armstrong
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28