|   |   |
|---|---|
| HELEN TARAGAN, FRANCES JEANETTE TAYLOR, CLARENCE TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; NISSAN MOTOR COMPANY, LTD., a Japanese company,<br><br>Defendant. | Case No: C 09-03660 SBA<br><br>**JUDGMENT** |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In accordance with this Court's Order of Dismissal and Order Granting Defendant's Motion to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendant Nissan North America, Inc.

IT IS SO ORDERED.

Dated: March 16, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge