Elizabeth J. Cabraser (SBN 083151)
Robert J. Nelson (SBN 132797)
Scott P. Nealey (SBN 193062)
Jahan C. Sagafi (SBN 224887)
Cecilia Han (SBN 235640)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008
E-mails:      ecabraser@lchb.com
              rnelson@lchb.com
              snealey@lchb.com
              jsagafi@lchb.com
              chan@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional Counsel Listed on Signature Page]

FILED
MAR 1 8 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN TARAGAN, FRANCES JEANETTE TAYLOR; CLARENCE TAYLOR on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; NISSAN MOTOR COMPANY, LTD., a Japanese company<br><br>Defendants. | Case No.  C-09-03660 (SBA)<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Courtroom:  1<br>Judge:     Hon. Saundra Brown Armstrong |

914855.1

NOTICE OF APPEAL
CASE NO. C-090-03660 (SBA)

NOTICE IS HEREBY GIVEN that Plaintiffs Helen Taragan, Frances Jeanette Taylor, and Clarence Taylor ("Plaintiffs") appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment entered in this action on March 16, 2011 (Dkt. 53) as effected by the Order Granting Defendant's Motion to Dismiss (Dkt. 47), wherein this Court dismissed Plaintiffs' claims. This notice is timely pursuant to Fed. R. App. P. 4(a).

Plaintiffs' Representation Statement is attached. Fed. R. App. P. 12(b); 9th. Cir. R. 3-2(b).

Dated: March 17, 2011

By: _____
Jahan C. Sagafi

Elizabeth J. Cabraser (SBN 083151)
Robert J. Nelson (SBN 132797)
Scott P. Nealey (SBN 193062)
Jahan C. Sagafi (SBN 224887)
Cecilia Han (SBN 235640)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008
E-mails:     ecabraser@lchb.com
             rnelson@lchb.com
             snealey@lchb.com
             jsagafi@lchb.com
             chan@lchb.com

BARRIOS, KINGSDORF & CASTEIX, LLP
Dawn M. Barrios (#2821)
Bruce S. Kingsdorf (#7403)
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Telephone:   (504) 524-3300
Facsimile:   (504) 524-3313
E-mails:     barrios@bkc-law.com
             bkingsdorf@bkc-law.com

*Attorneys for the Plaintiffs and the Proposed Class*