UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 27 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELEN TARGAN; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>NISSAN NORTH AMERICA, INC., a California Corporation and NISSAN MOTOR COMPANY, LTD., a Japanese Company,<br><br>        Defendants - Appellees. | No. 11-15664<br><br>D.C. No. 4:09-cv-03660-SBA<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered August 02, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                FOR THE COURT:
                                Molly C. Dwyer
                                Clerk of Court

                                Theresa Benitez
                                Deputy Clerk