| | |
|---|---|
| 1 | Elizabeth J. Cabraser (SBN 083151) |
|   | Scott P. Nealey (SBN 193062) |
| 2 | Jahan C. Sagafi (SBN 224887) |
|   | Joseph P. Forderer (SBN 278774) |
| 3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | 275 Battery Street, 29th Floor |
| 4 | San Francisco, CA  94111-3339 |
|   | Telephone:  (415) 956-1000 |
| 5 | Facsimile:  (415) 956-1008 |
|   | Email: ecabraser@lchb.com |
| 6 | Email: snealey@lchb.com |
|   | Email: jsagafi@lchb.com |
| 7 | Email: jforderer@lchb.com |
| 8 | *Attorneys for Plaintiffs and proposed Class* |
| 9 | John H. Beisner (admitted *pro hac vice*) |
|   | Jessica D. Miller (admitted *pro hac vice*) |
| 10 | SKADDEN, ARPS, SLATE, MEAGHER |
|    |  & FLOM LLP |
| 11 | 1440 New York Avenue NW |
|    | Washington, DC 20005 |
| 12 | Telephone: (202) 371-7000 |
|    | Facsimile: (202) 393-5760 |
| 13 | Email: john.beisner@skadden.com |
|    | Email: jessica.miller@skadden.com |
| 14 | |
|    | *Counsel For Defendant Nissan North America, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN TARAGAN, FRANCES JEANETTE TAYLOR, and CLARENCE TAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; and NISSAN MOTOR COMPANY, LTD., a Japanese company<br><br>Defendants. | Case No.  C-09-03660 SBA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT AND CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

1059233.1                                                                                          CASE NO. C-09-03660 SBA

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT
AND CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE

WHEREAS, on September 14, 2012, the Court entered an Order Continuing Case Management Conference, granting Plaintiffs leave to file a First Amended Complaint, consistent with the Ninth Circuit's mandate, by September 28, 2012, and continuing the September 19, 2012 Case Management Conference to November 14, 2012, at 2:45 p.m.; and

WHEREAS, Plaintiffs are continuing their investigation of their claims;

WHEREAS, a key member of Plaintiffs' counsel, who is running the litigation on a day-today basis, will be on vacation from October 5-15, 2012;

Accordingly, the parties hereby stipulate and agree that Plaintiffs' deadline to file their First Amended Complaint is hereby extended to October 29, 2012, and the Case Management Conference is continued to December 12, 2012, at 2:45 p.m., or such time as the Court deems appropriate. The parties shall file a joint Case Management Conference Statement at least seven (7) days prior to the conference date.

Dated: September 27, 2012     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi

*Attorneys for Plaintiffs and proposed Class*

Dated: September 27, 2012     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ John H. Beisner*
John H. Beisner

*Attorneys for Defendant*

**ORDER**

Pursuant to foregoing stipulation, **IT IS SO ORDERED**.

Dated: _10/2/12

The Honorable Saundra Brown Armstrong
United States District Court

1059233.1     - 1 -     CASE NO. C-09-03660 SBA

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT
AND CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE