1  John H. Beisner, Esq. (Admitted *Pro Hac Vice*)
   Jessica Davidson Miller, Esq. (Admitted *Pro Hac Vice*)
2  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   1440 New York Avenue N.W.
3  Washington, DC 20005

4  *Attorneys for Defendants*

5  Elizabeth J. Cabraser (SBN 083151)
   Scott P. Nealey (SBN 193062)
6  Jahan C. Sagafi (SBN 224887)
7  Joseph P. Forderer (SBN 278774)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
8  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
9  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
10 Email: ecabraser@lchb.com
   Email: snealey@lchb.com
11 Email: jsagafi@lchb.com
12 Email: jforderer@lchb.com

13 *Attorneys for Plaintiffs and proposed Class Members*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| HELEN TARAGAN, MATTHEW WAKEFIELD, and MARITES ASIDO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; NISSAN MOTOR COMPANY, LTD., a Japanese company<br><br>Defendants. | CASE NO. CV-09-03660 (SBA)<br><br>**STIPULATION AND ORDER CONTINUING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF**<br><br>Judge:  The Hon. Sandra Brown Armstrong<br>Action Filed:  August 10, 2009 |

1  WHEREAS, there have been no previous extensions to defendant Nissan North America, Inc.'s time to answer or otherwise respond to the First Amended Complaint in the above-captioned matter;

2  WHEREAS, plaintiffs' 109-paragraph First Amended Complaint includes new allegations;

3  WHEREAS, counsel for Defendants has a scheduling conflict due to the press of other previously pending matters;

4  WHEREAS, this extension will not have any effect on any deadline set by the Court in this case;

5  WHEREAS, counsel for the parties are otherwise diligently working to move the case forward;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, pursuant to L.R. 6-1(a), that defendant Nissan North America, Inc.'s time to answer or otherwise respond to the First Amended Complaint in the above-captioned matter shall be extended until **November 27, 2012**.

- 1 -

STIPULATION & [PROPOSED] ORDER CONTINUING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF
CASE NO. CV-09-03660 (SBA)

| | | |
|---|---|---|
| 1 | Dated: November 8, 2012 | Respectfully submitted, |
| 2 | | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | | |
| 4 | | By:     */s/ John H. Beisner* <br> John H. Beisner |

John H. Beisner, Esq. (Admitted *Pro Hac Vice*)
Jessica Davidson Miller, Esq. (Admitted *Pro Hac Vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005

*Attorneys for Defendants*

Dated: November 8, 2012     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:     */s/ Jahan C. Sagafi*
        Jahan C. Sagafi

Elizabeth J. Cabraser (SBN 083151)
Scott P. Nealey (SBN 193062)
Jahan C. Sagafi (SBN 224887)
Joseph P. Forderer (SBN 278774)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: ecabraser@lchb.com
Email: snealey@lchb.com
Email: jsagafi@lchb.com
Email: jforderer@lchb.com

*Attorneys for Plaintiffs and proposed Class Members*

- 2 -

STIPULATION & [PROPOSED] ORDER CONTINUING
DEADLINE TO ANSWER OR OTHERWISE RESPOND
TO FIRST AMENDED COMPLAINT FOR DAMAGES
AND EQUITABLE RELIEF
CASE NO. CV-09-03660 (SBA)

1 **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Nissan North America, Inc.'s time to answer or otherwise respond to the complaint in the above-captioned matter is extended until **November 27, 2012**.

Dated: November 9, 2012        By: *Saundra B Armstrong*
                                    Saundra Brown Armstrong
                                    United States District Judge