| | |
|---|---|
| 1 | Elizabeth J. Cabraser (SBN 083151) |
| | Scott P. Nealey (SBN 193062) |
| 2 | Jahan C. Sagafi (SBN 224887) |
| | Joseph P. Forderer (SBN 278774) |
| 3 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 4 | San Francisco, CA  94111-3339 |
| | Telephone:  (415) 956-1000 |
| 5 | Facsimile:  (415) 956-1008 |
| | Email: ecabraser@lchb.com |
| 6 | Email: snealey@lchb.com |
| | Email: jsagafi@lchb.com |
| 7 | Email: jforderer@lchb.com |

*Attorneys for Plaintiffs and proposed Class Members*

John H. Beisner (admitted *pro hac vice*)
Jessica D. Miller (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: john.beisner@skadden.com
Email: jessica.miller@skadden.com

*Counsel For Defendant Nissan North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN TARAGAN, FRANCES JEANETTE TAYLOR, and CLARENCE TAYLOR, on behalf of themselves and all others similarly situated, | Case No.  C-09-03660 SBA |
| | **STIPULATION AND  ORDER EXTENDING BRIEFING DEADLINES** |
| Plaintiffs, | |
| v. | |
| NISSAN NORTH AMERICA, INC., a California corporation; and NISSAN MOTOR COMPANY, LTD., a Japanese company | |
| Defendants. | |

1  WHEREAS, Nissan North America, Inc. ("Nissan") filed a Motion To Dismiss Plaintiffs' First Amended Complaint (the "Motion") on November 27, 2012, setting a hearing date of January 29, 2013;

WHEREAS, under the Local Rules and as stated in the text of Docket No. 75, Plaintiffs' response (the "Opposition") is due by December 11, 2012, and Nissan's reply (the "Reply") is due by December 18, 2012;

WHEREAS, counsel for both Plaintiffs and Nissan have scheduling conflicts due to the press of other previously pending matters and vacations; and

WHEREAS, a brief extension of both deadlines will allow the parties additional time to complete the briefing while ensuring that briefing is completed 14 days before the scheduled hearing.

Accordingly, the parties hereby stipulate and agree that Plaintiffs' deadline to file their Opposition is hereby extended to December 21, 2012, and Nissan's deadline to file its Reply is January 15, 2012.

Dated: December 3, 2012  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi

*Attorneys for Plaintiffs and proposed Class*

Dated: December 3, 2012  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ John H. Beisner*
John H. Beisner

*Attorneys for Defendant*

1 **ORDER**

2     Pursuant to stipulation, **IT IS SO ORDERED**.

3

4
Dated: December 6, 2012

5 _____
The Honorable Saundra Brown Armstrong
United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28