1  Elizabeth J. Cabraser (SBN 083151)
   Scott P. Nealey (SBN 193062)
2  Jahan C. Sagafi (SBN 224887)
   Joseph P. Forderer (SBN 278774)
3  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
5  Facsimile:  (415) 956-1008
   Email: ecabraser@lchb.com
6  Email: snealey@lchb.com
   Email: jsagafi@lchb.com
7  Email: jforderer@lchb.com

8  *Attorneys for Plaintiffs and proposed Class Members*

9  John H. Beisner (admitted *pro hac vice*)
   Jessica D. Miller (admitted *pro hac vice*)
10 SKADDEN, ARPS, SLATE, MEAGHER
     & FLOM LLP
11 1440 New York Avenue NW
   Washington, DC 20005
12 Telephone: (202) 371-7000
   Facsimile: (202) 393-5760
13 Email: john.beisner@skadden.com
   Email: jessica.miller@skadden.com
14
   *Counsel For Defendant Nissan North America, Inc.*

15

UNITED STATES DISTRICT COURT

16

NORTHERN DISTRICT OF CALIFORNIA

17

OAKLAND DIVISION

18

19

| | |
|---|---|
| HELEN TARAGAN, FRANCES JEANETTE TAYLOR, and CLARENCE TAYLOR, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; and NISSAN MOTOR COMPANY, LTD., a Japanese company<br><br>           Defendants. | Case No.  C-09-03660 SBA<br><br>**STIPULATION AND  ORDER EXTENDING BRIEFING DEADLINES** |

1  WHEREAS, Nissan North America, Inc. ("Nissan") filed a Motion To Dismiss Plaintiffs' First Amended Complaint (the "Motion") on November 27, 2012, setting a hearing date of January 29, 2013;

2  WHEREAS, under the Local Rules and as stated in the text of Docket No. 75, Plaintiffs' response (the "Opposition") was originally due by December 11, 2012, and Nissan's reply (the "Reply") is due by December 18, 2012;

3  WHEREAS, counsel for both Plaintiffs and Nissan had scheduling conflicts due to the press of other previously pending matters and vacations;

4  WHEREAS, on December 3, 2012, the parties jointly requested that (1) Plaintiffs' deadline to file their Opposition be extended to December 21, 2012, and (2) Nissan's deadline to file its Reply is January 15, 2013, and on December 7, 2012, the Court granted that request; and

5  WHEREAS, due to a sudden medical emergency, Plaintiffs' counsel require additional time to complete their Opposition brief.

Accordingly, the parties hereby stipulate and agree that (1) Plaintiffs' deadline to file their Opposition be extended to January 29, 2013, (2) Nissan's deadline to file its Reply be extended to February 26, 2013, and (3) the hearing be continued to March 12, 2013.

Dated: December 14, 2012        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi

*Attorneys for Plaintiffs and proposed Class*

Dated: December 14, 2012        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ John H. Beisner*
John H. Beisner

*Attorneys for Defendant*

1071631.1                        - 1 -                        CASE NO. C-09-03660 SBA

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES

1 **<u>ORDER</u>**

2   Pursuant to stipulation, **IT IS SO ORDERED**.

3

4
    Dated: December 17, 2012                  _____
5                                             The Honorable Saundra Brown Armstrong
                                              United States District Court
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1071631.1                                    - 2 -                              CASE NO. C-09-03660 SBA

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES