Elizabeth J. Cabraser (SBN 083151)
Scott P. Nealey (SBN 193062)
Jahan C. Sagafi (SBN 224887)
Joseph P. Forderer (SBN 278774)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
Email: ecabraser@lchb.com
Email: snealey@lchb.com
Email: jsagafi@lchb.com
Email: jforderer@lchb.com

*Attorneys for Plaintiffs and proposed Class Members*

John H. Beisner (admitted *pro hac vice*)
Jessica D. Miller (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: john.beisner@skadden.com
Email: jessica.miller@skadden.com

*Counsel For Defendant Nissan North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN TARAGAN, FRANCES JEANETTE TAYLOR, and CLARENCE TAYLOR, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a California corporation; and NISSAN MOTOR COMPANY, LTD., a Japanese company<br><br>        Defendants. | Case No.  C-09-03660 SBA<br><br>**STIPULATION AND  ORDER EXTENDING BRIEFING DEADLINES** |

1    WHEREAS, Nissan North America, Inc. ("Nissan") filed a Motion To Dismiss Plaintiffs'

2    First Amended Complaint (the "Motion") on November 27, 2012, setting a hearing date of

3    January 29, 2013;

4    WHEREAS, under the Local Rules and as stated in the text of Docket No. 75, Plaintiffs'

5    response (the "Opposition") was originally due by December 11, 2012, and Nissan's reply (the

6    "Reply") is due by December 18, 2012;

7    WHEREAS, counsel for both Plaintiffs and Nissan had scheduling conflicts due to the

8    press of other previously pending matters and vacations;

9    WHEREAS, on December 3, 2012, the parties jointly requested that (1) Plaintiffs'

10   deadline to file their Opposition be extended to December 21, 2012, and (2) Nissan's deadline to

11   file its Reply is January 15, 2013, and on December 7, 2012, the Court granted that request; and

12   WHEREAS, due to a sudden medical emergency, Plaintiffs' counsel require additional

13   time to complete their Opposition brief.

14   Accordingly, the parties hereby stipulate and agree that (1) Plaintiffs' deadline to file

15   their Opposition be extended to January 29, 2013, (2) Nissan's deadline to file its Reply be

16   extended to February 26, 2013, and (3) the hearing be continued to March 12, 2013.

17

18   Dated:  December 14, 2012          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

19

20                                      */s/ Jahan C. Sagafi*_____
                                        Jahan C. Sagafi

21                                      *Attorneys for Plaintiffs and proposed Class*

22

23   Dated:  December 14, 2012          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

24                                      */s/ John H. Beisner*_____
                                        John H. Beisner

25

26                                      *Attorneys for Defendant*

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>**ORDER**</u>

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated:  December 17, 2012

_____
The Honorable Saundra Brown Armstrong
United States District Court

1071631.1

- 2 -

CASE NO. C-09-03660 SBA