| | |
|---|---|
| 1 | Elizabeth J. Cabraser (SBN 083151) |
| | Jahan C. Sagafi (SBN 224887) |
| 2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 3 | San Francisco, CA  94111-3339 |
| | Telephone:  (415) 956-1000 |
| 4 | Facsimile:  (415) 956-1008 |
| | Email: ecabraser@lchb.com |
| 5 | Email: jsagafi@lchb.com |

*Attorneys for Plaintiffs and proposed Class Members*

John H. Beisner (admitted *pro hac vice*)
Jessica D. Miller (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: john.beisner@skadden.com
Email: jessica.miller@skadden.com

*Counsel for Defendant Nissan North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN TARAGAN, MATTHEW WAKEFIELD, and MARITES ASIDO, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NISSAN NORTH AMERICA, INC., a California corporation; and NISSAN MOTOR COMPANY, LTD., a Japanese company <br><br> Defendants. | Case No.  C-09-03660 SBA <br><br> **STIPULATION AND ORDER REGARDING DISMISSAL WITH PREJUDICE** |

1  WHEREAS, on June 20, 2013, the Court granted the Motion To Dismiss Plaintiffs' First
2  Amended Complaint filed by Nissan North America, Inc. ("Nissan");
3  The parties hereby stipulate and agree that Plaintiffs shall dismiss their claims with
4  prejudice and not appeal the Court's ruling, with each side to bear its own fees and costs.

6  Dated:  July 30, 2013                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

8  */s/ Jahan C. Sagafi*
   Jahan C. Sagafi
9  *Attorneys for Plaintiffs and proposed Class*

11 Dated:  July 30, 2013                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

12 */s/ Jessica D. Miller*
   Jessica D. Miller
13
14 *Attorneys for Defendant*

15 **ORDER**
16 Pursuant to stipulation, **IT IS SO ORDERED**.

19 Dated:  7/30/13                       _____
                                          The Honorable Saundra Brown Armstrong
20                                        United States District Court

1123274.1                              - 1 -                          CASE NO. C-09-03660 SBA

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE