| | |
|---|---|
| 1 | Elizabeth J. Cabraser (SBN 083151) |
|   | Jahan C. Sagafi (SBN 224887) |
| 2 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | 275 Battery Street, 29th Floor |
| 3 | San Francisco, CA  94111-3339 |
|   | Telephone:  (415) 956-1000 |
| 4 | Facsimile:  (415) 956-1008 |
|   | Email: ecabraser@lchb.com |
| 5 | Email: jsagafi@lchb.com |

*Attorneys for Plaintiffs and proposed Class Members*

John H. Beisner (admitted *pro hac vice*)
Jessica D. Miller (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
1440 New York Avenue NW
Washington, DC 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: john.beisner@skadden.com
Email: jessica.miller@skadden.com

*Counsel for Defendant Nissan North America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELEN TARAGAN, MATTHEW WAKEFIELD, and MARITES ASIDO, on behalf of themselves and all others similarly situated, | Case No.  C-09-03660 SBA |
| Plaintiffs, | **STIPULATION AND  ORDER REGARDING DISMISSAL WITH PREJUDICE** |
| v. | |
| NISSAN NORTH AMERICA, INC., a California corporation; and NISSAN MOTOR COMPANY, LTD., a Japanese company | |
| Defendants. | |

1123274.1                                                                                                                    CASE NO. C-09-03660 SBA

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE

1     WHEREAS, on June 20, 2013, the Court granted the Motion To Dismiss Plaintiffs' First Amended Complaint filed by Nissan North America, Inc. ("Nissan");

    The parties hereby stipulate and agree that Plaintiffs shall dismiss their claims with prejudice and not appeal the Court's ruling, with each side to bear its own fees and costs.

Dated: July 30, 2013    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

*/s/ Jahan C. Sagafi*
Jahan C. Sagafi

*Attorneys for Plaintiffs and proposed Class*

Dated: July 30, 2013    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jessica D. Miller*
Jessica D. Miller

*Attorneys for Defendant*

### ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

Dated: 7/30/13    _____
The Honorable Saundra Brown Armstrong
United States District Court